AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Robinson, James J. | U.S. Bankruptcy Ct. N. D. AL | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse - Room 117
1129 Noble Street
Anniston, AL 36201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Burr & Forman LLP retired partner annuity (former law firm) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Burr & Forman LLC - retired partner's annuity | $27,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Southern Company-retirement/pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Ala. State Bar - Commercial Law Section | 06/0/6/2018 - 06/08/2018 | Sandestin, FL | Speaker at CLE seminar | seminar tuition, lodging, meals and mileage |
| 2. | George Mason University | 04/12//2018 - 04/13/2018 | San Diego, CA | Symposium for judges on Economics of Corporate & Securities Law | seminar tuition, lodging, meals, mileage & air fare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 334 shares common stock Southern Co. | A | Dividend | K | T | Buy (add'l) | 2018 | J | | 17 shr add'l div reinvest |
| 2. WinSouth CU (deposit account) | A | Interest | K | T | | | | | |
| 3. Wells Fargo deposit accounts | A | Interest | K | T | | | | | |
| 4. Protective Life policies (2)-both whole life | A | Int./Div. | J | T | | | | | |
| 5. Mass Mutual Life- American Century Value mutual fund | | None | L | T | | | | | |
| 6. Mass Mutual Life - guaranteed principal account | A | Interest | J | T | | | | | |
| 7. 2016 shares American Capital World Growth Income Fund | B | Dividend | L | T | Buy (add'l) | 2018 | J | | 141 shr add'l div reinvest |
| 8. 2894 shares American Growth Fund Class A | B | Dividend | M | T | Buy (add'l) | 2018 | J | | 335 shr add'l div reinvest |
| 9. 1054 Shares Common Stock Proassurance Corp. | B | Dividend | K | T | | | | | |
| 10. 9865 Shrs Am. New Perspective Fund Class F-2 formerly Class A | D | Dividend | N | T | Buy (add'l) | 06/04/18 | L | | 770 shr add'l div reinvest |
| 11. 171 Shrs I Shares Russell 2000 Sm Cap Index Class A f/k/a Blackrock | A | Dividend | | | Sold | 09/25/18 | J | A | |
| 12. Bk of Am RSA money fund (JJR-IRA) | A | Dividend | K | T | | | | | |
| 13. 1297 Shrs Am. Capital World Income Fund Class F-2 formerly Class A | B | Dividend | | | Sold | 09/25/18 | M | F | 155 shr add'l div reinvest |
| 14. 4521 Am. Capital Income Bldgr Fund Class F-2 formerly Class A | B | Dividend | | | Sold | 06/04/18 | M | F | 40 shr add'l div reinvest |
| 15. 13,324 American Growth Fund of America Class A Mut. Fund | D | Dividend | O | T | Buy (add'l) | 2018 | K | | 1944shr add'l div reinvest |
| 16. 2136 Shares American Fundamental Investors Fund Class F-2 (SGR IRA) | B | Dividend | M | T | Buy (add'l) | 2018 | J | | 217 shr add'l div reinvest |
| 17. 2728 Shares American New Perspective Fund Class F-2 | B | Dividend | M | T | Buy (add'l) | 2018 | J | | 214 shr add'l div reinvest |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Robinson, James J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 989 Shares American Capital World Growth Income Fund Class A | A | Dividend | K | T | Buy (add'l) | 2018 | J | | 66 shr add'l div reinvest |
| 19. 1462 Shares American Growth Fund of America Class A | A | Dividend | L | T | Buy (add'l) | 2018 | J | | 162 shr add'l div reinvest |
| 20. 145 shares MetLife, Inc. | A | Dividend | J | T | | | | | |
| 21. 2390 shares Pfizer common | C | Dividend | M | T | | | | | |
| 22. 1075 shares Waste Management common | B | Dividend | L | T | | | | | |
| 23. 9282 shares American Income Fund of America Class F-2 | B | Dividend | | | Sold | 06/04/18 | M | E | 78 shr add'l div reinvest |
| 24. 725 shares Centurylink common | B | Dividend | | | Sold | 09/26/18 | K | | |
| 25. 450 shares Chevron Corp common | B | Dividend | K | T | | | | | |
| 26. 1220 shares Coca Cola common | B | Dividend | L | T | | | | | |
| 27. 760 shares Genuine Parts common | B | Dividend | | | Sold | 09/26/18 | L | E | |
| 28. 615 shares Kimberly Clark common | B | Dividend | L | T | | | | | |
| 29. 505 shares McDonalds Corp common | B | Dividend | L | T | | | | | |
| 30. 1555 shares Microsoft Corp common | C | Dividend | M | T | | | | | |
| 31. 683 shares Duke Energy common | C | Dividend | L | T | | | | | |
| 32. 1523 shares Mondelez Int'l common | B | Dividend | L | T | Buy (add'l) | 2018 | J | | 33 shr add'l div reinvest |
| 33. 545 shares Apple, Inc. common | B | Dividend | L | T | Buy (add'l) | 09/26/18 | L | | |
| 34. 16,023 shares American Amcap Fund Class A | C | Dividend | N | T | Buy (add'l) | 2018 | M | | 1,422 shr add'l div reinv |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 480 shares Proctor & Gamble | B | Dividend | | | Sold | 9/26/18 | K | A | |
| 36. 155 shares Nextera Energy Inc. | A | Dividend | K | T | | | | | |
| 37. 1500 shares American Mutual Fund Class F-2 formerly Class A | A | Dividend | | | Sold | 06/04/18 | L | D | 8 shr add'l div reinvest |
| 38. Bk of Am RSA money fund (SGR-IRA) | A | Dividend | J | T | | | | | |
| 39. American Legacy III variable annunity-Am Growth Large Cap | | None | L | T | | | | | |
| 40. American Legacy III variable annunity-Am Growth-Income | | None | L | T | | | | | |
| 41. 614 shares National Grid PLC SHS | C | Dividend | | | Sold | 09/26/18 | K | B | |
| 42. 670 shares AT&T | A | Dividend | | | Sold | 06/05/18 | K | | |
| 43. 43 shares Amazon | | None | L | T | Buy | 09/24/18 | L | | |
| 44. 605 shares American Investment Co. of America Class F-2 | A | Dividend | K | T | Buy | 06/06/18 | N | | 61 shr add'l div reinvest |
| 45. ML Bank Deposit Program (JJR IRA) | A | Dividend | J | T | Open | 02/01/18 | J | | |
| 46. 4790 Shares American Fundamental Investsors F-2 (JJR IRA) | C | Dividend | N | T | Buy | 06/05/18 | N | | 475 shr add'l div reinvest |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: The notation "___ shr add'l div reinvest" appearing several times in column D (5) means that the particular mutual fund or stock paid one or more dividends during the year that were reinvested to purchase the number of additional shares stated. Dividends were declared from time to time during 2018, often more than once during the year for any particular investment, so I did not list the exact date for each dividend and reinvestment. Also, the American Funds reported on lines 7, 8, 10, 14, 17 & 23 converted from Class A shares to Class F-2 to lower the expense fees. The conversion was not exactly 1 for 1, and resulted in a gain of 2, 6, 2, 24, 8 & 8 shares, respectively, that were included in the number of additional shares received from dividend reinvestments.

Part VII-Line 17: Line 18, Part VII of my 2017 Report erroneously reported 2383 shares in American New Perspective Fund; the correct number of shares at the end of 2017 was 2514. An additional 206 shares were purchased during 2018 with dividend reinvestments and 8 additional shares were gained in the exchange from Class A shares to Class F-2 shares (see above note), resulting in a total of 2728 shares at the end of 2018.

Part VII-Line 34: In addition to the 1422 shares purchased during 2018 through dividend reinvestment, shares were also purchased on 06/04/18 and 09/25/18, each with a value code of M.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James J. Robinson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544